UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN ISME,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., and ROSNY LEROY,<br><br>    Defendants/<br>    Third Party Plaintiffs,<br><br>v.<br><br>ANNETT HOLDINGS, INC., d/b/a TMC TRANSPORTATION, and HUDSON INSURANCE COMPANY,<br><br>    Third Party Defendants. | No. 1:18-cv-12537-MLW |

## **REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION TO REMAND**

CABELL, U.S.M.J.

Jean Isme, a Massachusetts resident, brought a state court action for negligence against Home Depot U.S.A., Inc. (Home Depot), a Georgia corporation, after sustaining an injury at one of its facilities. (D. 5). Home Depot subsequently filed a third-party complaint against Isme's employer, Annett Holdings, Inc. d/b/a TMC Transportation (TMC), an Iowa corporation, and TMC timely removed the case to federal court; federal court jurisdiction was predicted on diversity and amount in controversy under 28 U.S.C. § 1332. (D. 1).

As there is no objection to the Recommendation and it is, in any event, meritorious it is hereby ADOPTED. Therefore, Plaintiff's motion to remand is hereby ALLOWED and the case shall be remanded. MLW DJ 12/27/19